**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Yory Sang**
Plaintiff

CIVIL ACTION

V.

NO. **1:25-cv-11333-RGS**

**Tucker et al**
Defendants

# ORDER OF DISMISSAL

Stearns, D. J.

In accordance with the Court's Order entered July 3, 2025 [Doc. No. 7] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

7/3/2025
Date

/s/ Jacqueline Martin
Deputy Clerk